UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

vs.                               ORDER ADOPTING
                                   REPORT AND RECOMMENDATION

John Carl Pape,

       Defendant.                 Civil No. 12-251 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That Defendant's motions to suppress evidence and statements [Docket Nos. 20 and 21] are denied.


DATED: 01/07/13                             s/Patrick J. Schiltz
At Minneapolis, Minnesota              Patrick J. Schiltz, Judge
                                                   United States District Court